# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ZAIBAK, EMAD OMAR | § | Case No. 09-41620 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter      of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on                    .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $       as interim compensation and now requests a sum of $            , for a total compensation of $          [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Robert B. Katz_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit A

| | |
|---|---|
| Case No: | 09-41620    CAD    Judge: CAROL A. DOYLE |
| Case Name: | ZAIBAK, EMAD OMAR |
| For Period Ending: | 09/12/12 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz |
| Date Filed (f) or Converted (c): | 11/02/09 (f) |
| 341(a) Meeting Date: | 12/17/09 |
| Claims Bar Date: | 09/30/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. HOUSEHOLD GOODS | 905.00 | 0.00 | | 0.00 | FA |
| 2. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 3. FURS & JEWELRY | 150.00 | 0.00 | | 0.00 | FA |
| 4. STOCK | 0.00 | 100,000.00 | | 100,000.00 | FA |
|     Sacramento Commons 3508, 3510, 3512, 3514 and 3516, Inc. | | | | | |
| 5. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.37 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,255.00 | $100,000.00 | $100,002.37 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's counsel filed adversary complaint.  Controversy settled for $100,000.00 paid to this estate.

Initial Projected Date of Final Report (TFR): 12/31/12        Current Projected Date of Final Report (TFR): 12/31/13

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-41620 -CAD | | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|
| Case Name: | ZAIBAK, EMAD OMAR | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6912 Checking Account |
| Taxpayer ID No: | *******1949 | | | |
| For Period Ending: | 09/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 99,646.23 | | 99,646.23 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 99,646.23 | 0.00 | 99,646.23 |
| Less: Bank Transfers/CD's | | 99,646.23 | 0.00 | |
| Subtotal | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 0.00 | |

Page Subtotals    99,646.23    0.00

Ver: 16.06f

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-41620 -CAD | |
| Case Name: | ZAIBAK, EMAD OMAR | |
| Taxpayer ID No: | *******1949 | |
| For Period Ending: | 09/12/12 | |

| | |
|---|---|
| Trustee Name: | Robert B. Katz |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2567  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/30/12 | 4 | Chicago Title Insurance Company<br>601 Riverside Avenue<br>Bldg. 5, 6th Floor<br>Jacksonville, FL 32204 | Settlement re: 11A00575 | 1129-000 | 100,000.00 | | 100,000.00 |
| 06/29/12 | 5 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.73 | | 100,000.73 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 106.56 | 99,894.17 |
| 07/31/12 | 5 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.85 | | 99,895.02 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 131.01 | 99,764.01 |
| 08/30/12 | 5 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.79 | | 99,764.80 |
| 08/30/12 | | BANK OF AMERICA<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 118.57 | 99,646.23 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 99,646.23 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 100,002.37 | 100,002.37 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 99,646.23 | |
| Subtotal | 100,002.37 | 356.14 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 100,002.37 | 356.14 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******6912 | 0.00 | 0.00 | 99,646.23 |
| Money Market Account (Interest Earn - *******2567 | 100,002.37 | 356.14 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 100,002.37 | 356.14 | 99,646.23 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          100,002.37          100,002.37

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-41620 -CAD | Trustee Name: | Robert B. Katz |
| Case Name: | ZAIBAK, EMAD OMAR | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2567  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1949 | | |
| For Period Ending: | 09/12/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - *******6912

Money Market Account (Interest Earn - ********2567

/s/    Robert B. Katz

Trustee's Signature: _____  Date: 09/12/12
                          ROBERT B. KATZ

Page Subtotals                    0.00                    0.00

LFORM24

Ver: 16.06f

| Page 1 | | EXHIBIT C | | | Date: September 12, 2012 |
| | | ANALYSIS OF CLAIMS REGISTER | | | |

Case Number:   09-41620

Debtor Name:   ZAIBAK, EMAD OMAR

*Claim Class Sequence*

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3210-00 | David R. Brown Springer, Brown, Covey, Gaertner & Davis 400 South County Farm Road Suite 330 Wheaton, IL 60187 | Administrative | | $30,896.00 | $0.00 | $30,896.00 |
| 001 3410-00 | Alan D. Lasko & Associates, P.C. 29 South LaSalle Street Suite 1240 Chicago, IL 60603 | Administrative | | $1,598.00 | $0.00 | $1,598.00 |
| 000001 070 7100-00 | American Express Bank, FSB Becket and Lee LLP Attorneys/Agent for Creditor POB 3001 Malvern, PA 19355-0701 | Unsecured | (1-1) CREDIT CARD DEBT(1-2) CREDIT CARD DEBT.  Amending claim to Add Documentation (1-2) Modified to correct creditors address on 7/21/11 (ar) | $37,705.99 | $0.00 | $37,705.99 |
| 000002 070 7100-00 | Dr. Nouri Al-Khaled C/O Zubair A Khan Esq 560 W. Washington St Suite 240 Chicago, IL 60661 | Unsecured | | $1,531,504.00 | $0.00 | $1,531,504.00 |
| 000003 070 7100-00 | American InfoSource LP as agent for Target PO Box 248866 Oklahoma City, OK 73124-8866 | Unsecured | | $349.69 | $0.00 | $349.69 |
| 000004 070 7100-00 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured | | $453.87 | $0.00 | $453.87 |
| 000005 070 7100-00 | FIA CARD SERVICES, N.A. Bank of America NA (USA) MBNA America Bank NA PO Box 15102 Wilmington, DE 19886-5102 | Unsecured | (5-1) Modified to correct creditors address on 7/12/11 (ar) | $1,664.38 | $0.00 | $1,664.38 |
| 000006 070 7100-00 | Archer Bank Allegiance Community Bank c/o Martin & Karcazes Ltd 161 N Clark Ste 550 Chicago, IL 60601 | Unsecured | (6-1) Loan Guaranties (6-1) Modified to correct creditors address on 10/3/11 (ar) | $1,210,716.70 | $0.00 | $1,210,716.70 |
| | Case Totals: | | | $2,814,888.63 | $0.00 | $2,814,888.63 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-41620
Case Name: ZAIBAK, EMAD OMAR
Trustee Name: Robert B. Katz

Balance on hand                                   $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz | $ | $ | $ |
| Attorney for Trustee Fees: David R. Brown | $ | $ | $ |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ | $ | $ |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates, P.C. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|--------------------------|--------------------------|------------------|
| 000001 | American Express Bank, FSB<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000002 | Dr. Nouri Al-Khaled<br>C/O Zubair A Khan Esq<br>560 W. Washington St<br>Suite 240<br>Chicago, IL 60661 | $ | $ | $ |
| 000003 | American InfoSource LP as agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | $ | $ | $ |
| 000004 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | FIA CARD SERVICES, N.A.<br>Bank of America NA (USA)<br>MBNA America Bank NA<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ | $ | $ |
| 000006 | Archer Bank<br>Allegiance Community Bank<br>c/o Martin & Karcazes Ltd<br>161 N Clark Ste 550<br>Chicago, IL 60601 | $ | $ | $ |

Total to be paid to timely general unsecured creditors $_____

Remaining Balance $_____

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE