# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ZAIBAK, EMAD OMAR | § | Case No. 09-41620 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   U.S. Bankruptcy Court
   DIrksen Federal Building
   219 S. Dearborn St.
   Room 713
   Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 10/31/2012 in Courtroom 742,
   United States Courthouse
   219 S. Dearborn St.
   Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____


*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
                                    §
ZAIBAK, EMAD OMAR                   §     Case No. 09-41620
                                    §
          Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 100,002.37 |
| and approved disbursements of | $ | 356.14 |
| leaving a balance on hand of[1] | $ | 99,646.23 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ 8,250.12 | $ 0.00 | $ 8,250.12 |
| Attorney for Trustee Fees: David R. Brown | $ 30,896.00 | $ 0.00 | $ 30,896.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 1,579.60 | $ 0.00 | $ 1,579.60 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates, P.C. | $ 18.40 | $ 0.00 | $ 18.40 |
| Total to be paid for chapter 7 administrative expenses | | $ | 40,744.12 |
| Remaining Balance | | $ | 58,902.11 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,782,394.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Bank, FSB | $ 37,705.99 | $ 0.00 | $ 798.22 |
| 000002 | Dr. Nouri Al-Khaled | $ 1,531,504.00 | $ 0.00 | $ 32,421.29 |
| 000003 | American InfoSource LP as agent for | $ 349.69 | $ 0.00 | $ 7.40 |
| 000004 | Roundup Funding, LLC | $ 453.87 | $ 0.00 | $ 9.61 |
| 000005 | FIA CARD SERVICES, N.A. | $ 1,664.38 | $ 0.00 | $ 35.23 |
| 000006 | Archer Bank | $ 1,210,716.70 | $ 0.00 | $ 25,630.36 |
| | Total to be paid to timely general unsecured creditors | | $ | 58,902.11 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Robert B. Katz

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                            Case No. 09-41620-CAD
Emad Omar Zaibak                                                  Chapter 7
         Debtor                   CERTIFICATE OF NOTICE

District/off: 0752-1          User: arodarte              Page 1 of 3                  Date Rcvd: Oct 05, 2012
                              Form ID: pdf006             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2012.
db           #+Emad Omar Zaibak,    106 Forest Edge Drive,    Palos Park, IL 60464-1948
aty           +Robert B Katz,    Springer Brown Covey Gaetner & Davis,    400 S County Farm Road Suite 330,
                Wheaton, IL 60187-4547
14677010       ACS,    PO Box 7051,    Utica NY 13504-7051
14677011      +AMO Recoveries,    3120 McDougall Ave Suite 100,    Everett, WA 98201-4433
14816077      +Allegiance Community Bank,    c/o Martin & Karcazes Ltd,    161 N Clark St Suite 550,
                Chicago, IL 60601-3376
14784205       American Express Bank, FSB,    Becket and Lee LLP,    Attorneys/Agent for Creditor,    POB 3001,
                Malvern, PA 19355-0701
17864578      +Archer Bank,    Allegiance Community Bank,    c/o Martin & Karcazes Ltd,    161 N Clark Ste 550,
                Chicago, IL 60601-3376
14677012       Bureau of Collection Recovery,    PO Box 9001,    Minnetonka, MN 55345-9001
14677014      +Collection Company of America,    700 Longwater Drive,    Norwell MA 02061-1796
14677019      +Dr. Nouri Al-Khaled,    C/O Zubair A Khan Esq,    560 W. Washington St,    Suite 240,
                Chicago, IL 60661-2695
17527670       FIA CARD SERVICES, N.A.,    Bank of America NA (USA),    MBNA America Bank NA,    PO Box 15102,
                Wilmington, DE 19886-5102
14677015       FIA Card Services,    PO Box 15028,    Wilmington DE 19850-5028
14677018      +Freedman Anselmo Linberg & Rappe LLC,    1807 West Diehl Road Suite 333,    PO Box 3228,
                Naperville, IL 60566-3228
14816076      +Khaled Nouri Al Dr,    c/o Zabir Khan,    560 W Washington,    Chicago, IL 60661-2693
14677020      +Law Offices of Kovitz Shifrin Nesbit,    750 W Lake Cook Road Suite 350,
                Buffalo Grove, IL 60089-2086
14677023      +Village of Frankfort,    432 W Nebraska St,    Frankfort, IL 60423-4001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17504147       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 06 2012 00:30:32
                American InfoSource LP as agent for,    Target,   PO Box 248866,    Oklahoma City, OK 73124-8866
14677013       E-mail/Text: bk.notifications@jpmchase.com Oct 06 2012 00:25:31     Chase Auto Finance,
                PO Box 29505,   Phoenix, AZ 85038-9505
14677021      +E-mail/Text: mmrgbk@miramedrg.com Oct 06 2012 00:27:29     Miramed Revenue Group, LLC,
                PO Box 536,   Linden MI 48451-0536
17510506       E-mail/Text: resurgentbknotifications@resurgent.com Oct 06 2012 00:24:56      Roundup Funding, LLC,
                MS 550,   PO Box 91121,    Seattle, WA 98111-9221
14677022      +E-mail/Text: bnc@ursi.com Oct 06 2012 00:26:36     United Recovery Systems,
                5800 North Course Drive,    Houston TX 77072-1613
                                                                                                TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Springer Brown Covey Gaertner & Davis LLC
14677016*      FIA Card Services,    PO Box 15028,    Wilmington DE 19850-5028
14677017*     +FIA Card Services,    PO Box 15028,    Wilmington DE 19850-5028
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: arodarte             Page 2 of 3              Date Rcvd: Oct 05, 2012
                              Form ID: pdf006            Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 07, 2012**                    **Signature:**       *Joseph Speetjens*

```
District/off: 0752-1          User: arodarte              Page 3 of 3                  Date Rcvd: Oct 05, 2012
                              Form ID: pdf006             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2012 at the address(es) listed below:

```
          Adham  Alaily    on behalf of Creditor   Harris, N.A. aalaily@ehrenbergeganlaw.com
          Allen C. Wesolowski    on behalf of Creditor   Archer Bank acwesolowski@martin-karcazes.com
          Ari J Rosenthal    on behalf of Creditor   JPMorgan Chase Bank, National Association
           arosenthal@ajrlawyers.com
          David R Brown    on behalf of Plaintiff Robert Katz dbrown@springerbrown.com,
           marigonzo@springerbrown.com;jill@springerbrown.com
          Elizabeth A. Bates    on behalf of Plaintiff Robert Katz ebates@springerbrown.com
          Esther E Tryban Telser    on behalf of Defendant   City of Chicago etrybantelser@cityofchicago.org
          Jennifer A Kimball    on behalf of Creditor Nouri Al-khaled jennifer@rabkhan.com
          Joel E Blumenfeld    on behalf of Defendant Emad Zaibak joel@jblumenfeldlaw.com
          Joel P Fonferko    on behalf of Creditor   JPMorgan Chase Bank, National Association
           ND-Two@il.cslegal.com
          Joseph C. Michelotti    on behalf of Debtor Emad Zaibak joe@michelottilaw.com
          Keevan D. Morgan    on behalf of Debtor Emad Zaibak kmorgan@morganandbleylimited.com
          M. Gretchen Silver    on behalf of Plaintiff Patrick Layng ustpregion11.es.ecf@usdoj.gov,
           gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert B Katz    rkatztrustee@gmail.com,  rkatz@ecf.epiqsystems.com
          Scott  Lascari    on behalf of Defendant   Archer Bank scott.lascari@fnf.com
          Zubair A. Khan    on behalf of Creditor Nouri Al-khaled ,  Jennifer@rabkhan.com
          Zubair A. Khan    on behalf of Defendant Nouri Al-Khlaed zubair@rabkhan.com,  Jennifer@rabkhan.com
                                                                                             TOTAL: 17
```