UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
ZAIBAK, EMAD OMAR § Case No. 09-41620
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Robert B. Katz, Trustee_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| DAVID BROWN | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000006 | ARCHER BANK | | | | | |
| 000002 | DR. NOURI AL-KHALED | | | | | |
| 000005 | FIA CARD SERVICES, N.A. | | | | | |
| 000004 | ROUNDUP FUNDING, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-41620 | CAD | Judge: CAROL A. DOYLE | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | ZAIBAK, EMAD OMAR | | | | Date Filed (f) or Converted (c): | 11/02/09 (f) |
| | | | | | 341(a) Meeting Date: | 12/17/09 |
| For Period Ending: | 12/21/12 | | | | Claims Bar Date: | 09/30/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOUSEHOLD GOODS | 905.00 | 0.00 | | 0.00 | FA |
| 2. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 3. FURS & JEWELRY | 150.00 | 0.00 | | 0.00 | FA |
| 4. STOCK   Sacramento Commons 3508, 3510, 3512, 3514 and 3516, Inc. | 0.00 | 100,000.00 | | 100,000.00 | FA |
| 5. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.37 | FA |

TOTALS (Excluding Unknown Values)    $1,255.00    $100,000.00        $100,002.37    Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's counsel filed adversary complaint.  Controversy settled for $100,000.00 paid to this estate.

Initial Projected Date of Final Report (TFR): 12/31/12      Current Projected Date of Final Report (TFR): 12/31/13

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 6)

Ver: 17.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 09-41620 -CAD | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | ZAIBAK, EMAD OMAR | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6912 Checking Account |
| Taxpayer ID No: | *******1949 | | |
| For Period Ending: | 12/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check/Ref | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 99,646.23 | | 99,646.23 |
| 11/02/12 | 000101 | ROBERT B. KATZ<br>53 W. Jackson<br>Suite 1320<br>Chicago, IL 60604 | Chapter 7 Compensation/Expense | 2100-000 | | 8,250.12 | 91,396.11 |
| 11/02/12 | 000102 | David R. Brown<br>Springer, Brown, Covey, Gaertner & Davis<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 30,896.00 | 60,500.11 |
| 11/02/12 | 000103 | Alan D. Lasko & Associates, P.C.<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant for Trustee Fees (Other | | | 1,598.00 | 58,902.11 |
| | | | Fees 1,579.60 | 3410-000 | | | |
| | | | Expenses 18.40 | 3420-000 | | | |
| 11/02/12 | 000104 | American Express Bank, FSB<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000001, Payment 2.11696%<br>(1-1) CREDIT CARD DEBT(1-2) CREDIT CARD DEBT.  Amending claim to Add Documentation<br>(1-2) Modified to correct creditors address on 7/21/11 (ar) | 7100-000 | | 798.22 | 58,103.89 |
| 11/02/12 | 000105 | Dr. Nouri Al-Khaled<br>C/O Zubair A Khan Esq<br>560 W. Washington St<br>Suite 240<br>Chicago, IL 60661 | Claim 000002, Payment 2.11696% | 7100-000 | | 32,421.29 | 25,682.60 |
| 11/02/12 | 000106 | American InfoSource LP as agent for Target | Claim 000003, Payment 2.11616% | 7100-000 | | 7.40 | 25,675.20 |

Page Subtotals    99,646.23    73,971.03

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 09-41620 -CAD | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|
| Case Name: | ZAIBAK, EMAD OMAR | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6912 Checking Account |
| Taxpayer ID No: | *******1949 | | | |
| For Period Ending: | 12/21/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/02/12 | 000107 | PO Box 248866<br>Oklahoma City, OK 73124-8866<br>Roundup Funding, LLC | Claim 000004, Payment 2.11735% | 7100-000 | | 9.61 | 25,665.59 |
| 11/02/12 | 000108 | MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br>FIA CARD SERVICES, N.A.<br>Bank of America NA (USA)<br>MBNA America Bank NA<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000005, Payment 2.11670%<br>(5-1) Modified to correct creditors<br>address on 7/12/11 (ar) | 7100-000 | | 35.23 | 25,630.36 |
| 11/02/12 | 000109 | Archer Bank<br>Allegiance Community Bank<br>c/o Martin & Karcazes Ltd<br>161 N Clark Ste 550<br>Chicago, IL 60601 | Claim 000006, Payment 2.11696%<br>(6-1) Loan Guaranties<br>(6-1)<br>Modified to correct creditors address on 10/3/11 (ar) | 7100-000 | | 25,630.36 | 0.00 |

```
                                    COLUMN TOTALS                         99,646.23      99,646.23           0.00
                               Less: Bank Transfers/CD's                  99,646.23           0.00
                                    Subtotal                                   0.00      99,646.23
                               Less: Payments to Debtors                                      0.00
                                    Net                                        0.00      99,646.23
```

Page Subtotals 0.00 25,675.20

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

| Case No: | 09-41620 -CAD | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | ZAIBAK, EMAD OMAR | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2567 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1949 | | | |
| For Period Ending: | 12/21/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/30/12 | 4 | Chicago Title Insurance Company 601 Riverside Avenue Bldg. 5, 6th Floor Jacksonville, FL 32204 | Settlement re: 11A00575 | 1129-000 | 100,000.00 | | 100,000.00 |
| 06/29/12 | 5 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.73 | | 100,000.73 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 106.56 | 99,894.17 |
| 07/31/12 | 5 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.85 | | 99,895.02 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 131.01 | 99,764.01 |
| 08/30/12 | 5 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.79 | | 99,764.80 |
| 08/30/12 | | BANK OF AMERICA 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 118.57 | 99,646.23 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 99,646.23 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 100,002.37 | 100,002.37 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 99,646.23 | |
| Subtotal | 100,002.37 | 356.14 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 100,002.37 | 356.14 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6912 | 0.00 | 99,646.23 | 0.00 |
| Money Market Account (Interest Earn - ********2567 | 100,002.37 | 356.14 | 0.00 |
| | 100,002.37 | 100,002.37 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| Page Subtotals | 100,002.37 | 100,002.37 | |

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-41620 -CAD | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|
| Case Name: | ZAIBAK, EMAD OMAR | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2567 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1949 | | | |
| For Period Ending: | 12/21/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********6912
Money Market Account (Interest Earn - ********2567

Trustee's Signature:  /s/  Robert B. Katz, Trustee    Date: 12/21/12
ROBERT B. KATZ, TRUSTEE

Page Subtotals     0.00     0.00

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*